**UNITED STATES DISTRICT COURT**
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

MICHAEL W. DOBBINS
CLERK

OFFICE OF THE CLERK

2:09-mc-00323

DH HOLDINGS, LLC,

Case No.: 08CV5127

v.

MERIDIAN LINK, INC. ET AL,

FILED 2009 NOV 17 PM 2:13

### CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, Michael W. Dobbins, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 5/8/2009, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on August 26, 2009.

Michael W. Dobbins
Court Administrator

By: Jannette Nunez
Deputy Clerk

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

CERTIFIED COPY    (Rev. 7/93)

# United States District Court
## Northern District of Illinois
## Eastern Division

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is(are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

IN TESTIMONY WHEREOF:   I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on    AUG 2 6 2009

MICHAEL W. DOBBINS, CLERK

By: _____

Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DH HOLDINGS, LLC, an Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MERIDIAN LINK, INC., a Foreign Corporation d/b/a INSIGHT LENDING SOLUTIONS, and BEANSTALK NETWORKS, LLC, a Foreign Limited Liability Company,<br><br>Defendants. | JURY TRIAL DEMANDED<br><br>Case No. 08-CV-5127<br><br>Judge Norgle<br><br>Magistrate Judge Denlow |

## JUDGMENT

This matter came to be heard on the issue of damages, the Court having previously granted a default judgment on the issue of liability in favor of Plaintiff and against Defendant Meridian Link, Inc., d/b/a Insight Lending Solutions on January 30, 2009. Defendants, having been provided notice of this hearing, the Court's previous judgment on the issue of liability, and the report of Plaintiff's expert on the issue of damages, have failed to appear. The Court, having considered the evidence, including the Declaration of G. Scott Solomon and the arguments of counsel, now awards damages in favor of Plaintiff and against Defendant in the amount of One Million Four Hundred Ninety-Seven Thousand Five Hundred Thirty-One Dollars ($1,497,531.00). The Court also awards costs in the amount of Three Hundred Fifty Dollars ($350.00). The Court therefore orders that judgment be entered against Defendant in the total amount of One Million Four Hundred Ninety-Seven Thousand Eight Hundred Eighty-One Dollars

($1,497,881.00). This Judgment shall bear interest at the statutory rate. Defendant Beanstalk Networks LLC was voluntarily dismissed without prejudice on April 10, 2009. This Judgment is now final. Plaintiff is ordered to provide notice of this Judgment to Defendant.

SO ORDERED THIS 8 DAY OF May, 2009.

_____
Charles R. Norgle, Sr.
JUDGE, UNITED STATES DISTRICT COURT

2

```
11/17/2009 2:07:51 PM Receipt #: 3622
         Cashier: CMAH  CLA 8-1]
Paid by: LAW OFFICE OF MATTHEW C MICKELS
ON
2:MC09-00323                Indexing Misc. paper(1)
2010-086900                                  $20.00
Amount :
2:MC09-00323           Judicial Services  ($19)(1)
2010-510000                                  $19.00
Amount :
Check Payment : 1938 /                       39.00
Total Payment :                              39.00
```